UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

v.                            CASE NO. 8:07-MC-63-T-17TGW

PATRICIA ASPENLEITER,

        Respondent.

_____/

ORDER

This cause is before the Court on:

Dkt. 1 Petition to Enforce IRS Summons
Dkt. 7 Report and Recommendation

Petitioner United States of America seeks to enforce an Internal Revenue Service Summons on Respondent Patricia Aspenleiter.

The assigned Magistrate Judge conducted a hearing on October 17, 2007, at which Respondent failed to appear. A Report and Recommendation was entered in which the assigned Magistrate Judge recommends that the summons be enforced. Respondent has not filed any objection to the Report and Recommendation. The Court has independently examined the pleadings. After consideration, the Court adopts the Report and Recommendation, which is incorporated by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted**, and incorporated by reference. It is further

Case No. 8:07-MC-63-T-17TGW

ORDERED that Respondent Patricia Aspenleiter is **directed** to obey the summons, and each and every requirement thereof. Respondent **shall comply** with the summons served on February 14, 2007 by appearing and testifying before the revenue officer and producing the specified documents for examination at a time and place to be designated by the revenue officer or his successor. The specified documents include the books, papers, records or other data that may be relevant to the collection of the federal income tax liabilities of David T. Bosset for the tax periods ending December 31, 1996 through December 31, 2000, and a civil penalty related to the promotion of abusive and/or fraudulent tax practices for 2005. It is further

ORDERED that the failure to comply with this Order may subject Respondent to sanctions for contempt of court. It is further

ORDERED that any request by Petitioner for the award of fees and costs shall be filed within ten days.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 26th day of November, 2007.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2